No. 6,991.—STATE, PLAINTIFF AND RESPONDENT, *v.* MONROE W. BUCY, DEFENDANT AND APPELLANT.

Decided December 12, 1932.

PER CURIAM.—The motion of the attorney general that the appeal in the above-entitled cause be dismissed for failure of the appellant to file his transcript on appeal is sustained and the appeal ordered dismissed.

*Mr. L. A. Foot,* Attorney General, for the State.